UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Robert W. Odell, Jr., et al.,

                    Plaintiff(s),

v.                                                  Case No. 1:22–cv–12290–TLL–PTM
                                                          Hon. Thomas L. Ludington

Kalitta Air, LLC, et al.,

                    Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Thomas L. Ludington at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Bay City, Michigan. The following motion(s) are *rescheduled* for hearing:

      Motion to Dismiss – #17
      Motion to Dismiss – #19

- MOTION HEARING:  February 7, 2023 at 02:00 PM

**ADDITIONAL INFORMATION:**  In–Person Oral Argument may be Cancelled if the Court will be Ruling by Written Opinion.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                         By: s/K Winslow
                                                            Case Manager

Dated:  December 29, 2022