UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| ROBERT W. ODELL, JR., et. al.,<br><br>on their own behalf and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>KALITTA AIR, LLC, and CONRAD KALITTA,<br><br>*Defendants*. | Civil Action No. 1:22-cv-12290-TLL-PTM<br><br>Hon. Thomas L. Ludington<br>Magistrate Judge Patricia T. Morris |

## **INDEX OF EXHIBITS**

**Exhibit No.  Description**
1   Joseph Rayes Police Report dated November 2, 2022
2   Marie Richardson Police Report dated November 18, 2022