# EXHIBIT 1

# Alcona County Sheriff Department -- (989) 724-6271
214 W. Main, Harrisville MI 48740

Incident No: 22-002501
Status: Closed

| | |
|---|---|
| Date Reported: | Wed 11/02/2022 17:06:00  Occurred Between: Mon 10/31/2022 04:00:00 and Tue 11/01/2022 13:00:00 |
| Dispatch Time: | 17:06:00   Arrival Time: 17:26:00   Clear Time: 17:45:00 |
| Officers: | ALLEN, BRIAN   Detective: |
| Classification: | TRAFFIC (ACCIDENT) NON-CRIMINAL -- (9300) |
| Location: | CEDAR LAKE DR / HURON CEDAR RD, GREENBUSH   Section / Nbh: / |
| Description: | TRAFFIC EVENT   Entered: ALLEN |

**Complainant: (9300 TRAFFIC (ACCIDENT) NON-CRIMINAL)**

RAYES, JOSEPH, JAMES   DOB: ▮   Age: 61
Phone: ▮
Ops: ▮
Race: **Unknown**   Sex: **Male**   Hair: **Gray**   Eyes: **Hazel**   Ethnicity: **Unknown**
Height: **5'08"**   Weight: **190 lbs.**   Build: **Average**   Complex: **Average**   Resident: **Resident of community where offense occurred**

**Vehicles:**
GREEN 1998 CHEVROLET GMT-400 PICKUP   Tag: EFW4333 / MI   Unit: 1
Registered To: JOSEPH JAMES RAYES   VIN: 1GCEK14W8WZ232144
▮
Status: ACCIDENT
Towed To: SELF DRIVEN

**INITIAL INCIDENT**   Reporting Officer: ALLEN, BRIAN, MATTHEW   11/02/22

I, Deputy Allen, was dispatched to traffic accident which was suspicious in nature according to the complainant. A statement was taken and a report is being made.

## DATE AND TIME:
Occurred: November 01, 2022 at approximately 1300 Hours
Reported: November 02, 2022 at approximately 1706 Hours

## VENUE:
Intersection of Cedar Lake Drive/Huron Cedar Road.
Greenbush Township
Greenbush, Michigan 48738

## COMPLAINANT STATEMENT: *Joseph Rayes*
Joseph stated that on October 31, 2022 at approximately 0400 Hours, he departed his residence, located at 2411 S. State St. in Greenbush, Michigan, driving his 1998 Chevrolet pickup, without observing anything out of the ordinary. His destination was his place of employment, USA Jet, 3921 Arrow St, on the Air Base, located in Ocsoda Michigan. He returned home without any incidents.
Joseph stated that on November 01, 2022, he did the same, however, on his way to work, he noticed a "shimmering" sensation coming from the left front wheel area of the vehicle.
Joseph stated that while en route home, north bond upon Cedar Lake Drive, and as he begun to turn easterly onto Huron Cedar Road, the left front wheel separated from the rotor, sending the wheel north easterly into a wooded area. This was at approximately 1300 Hours.
Joseph stated that he has never had any such an issue with the vehicle, and believes that an unknown suspect(s)

tampered with his vehicle, however, he could not think of anyone specifically.
Joseph stated that he has a video surveillance system at his residence, and that he would review the recording and get back to me if he sees anything of evidentiary value.

## OBSERVATIONS:
Joseph stated that the lug nuts were not found on the road or anywhere in the area of the incident. He further pointed out that the threads on the axle bolts had a normal pattern with no obvious signs of stripping or wear.

## VEHICLE:
Make: Chevrolet
Model: GMT-400
Year: 1998
Color: Green
Registration: (MI) EFW4333
VIN: 1GCEK14W8WZ232144

## STATUS: Closed.