# EXHIBIT 2

**FILE CLASS/OFFENSE:**
53002 - Harassing Communications

**NATURE OF INCIDENT:**
22-3345/Stalking/Harrassment/Richardson

**OCCURRED ON:** 11/18/2022 10:45:00 AM
**(and Between)** 11/18/2022 11:35:00 AM

**VENUE:** 4452 County Hwy F-41 Oscoda, MI 48750 Huntington Bank
**CITY/TOWNSHIP:** 06 - Oscoda Twp, Iosco

---

**VICTIM:** Richardson, Angela MarieAngela Marie Richardson

**VICTIM OF:** 5309 - 53002 - Harassing Communications
**VICTIM TYPE:** Individual

| | | |
|---|---|---|
| | DOB: ▮/1978 | AGE: 43 |
| RACE: White | SEX: Female | JUV: N - No |
| HGT: | WGT: | HAIR: |
| EYES: | ETH: | Circumstances: |
| SSN: | DLN: | DL State: |

**ADDRESS INFORMATION:**
H - Home: ▮

**Phone Information:**         Emails:
M - Mobile: ▮
**NOTES:**

---

**OTHERS:** Moore, Clinton William   **ENTITY TYPE** Other Person

| | | |
|---|---|---|
| | DOB: ▮1978 | AGE: 44 |
| RACE: White | SEX: Male | JUV: N - No |
| HGT: | WGT: | HAIR: |
| EYES: | ETH: | Complexion: |
| Facial Hair: | Attire: | |
| SSN: | POB: | Resident: |
| DL Number: | DL State: | DL Country: |
| Employer/School: | Employer Address: | |
| Occupation/Grade: | | |

**ADDRESS INFORMATION:**
H - Home: ▮

**Phone Information:**         Emails:
M - Mobile: ▮
**NOTES:**

---

**OTHERS:** RAYES, JOSEPH JAMES   **ENTITY TYPE** Other Person

| | | |
|---|---|---|
| | DOB: ▮1960 | AGE: 61 |
| RACE: Unknown | SEX: Male | JUV: N - No |
| HGT: 5' 8" | WGT: 190 | HAIR: |
| EYES: Hazel | ETH: U - Unknown | Complexion: |
| Facial Hair: | Attire: | |
| SSN: | POB: | Resident: Resides in the State but not the county or community where the offense occurred |
| DL Number: ▮ | DL State: Michigan | DL Country: |
| Employer/School: | Employer Address: | |

Occupation/Grade:
ADDRESS INFORMATION:
  H - Home: ███████████████████████████ US  - UNITED STATES
Phone Information:                      Emails:
  M - Mobile: ████████
NOTES:

**NARRATIVE:**
4V - HEATH, VON
12/13/2022 4:02:08 PM
INFORMATION:

On 11/18/2022 at approx.. 1415 hours, 3 individuals came to the Oscoda Township Police Department to report a harassment incident and were requiring a police report for a Federal Civil Lawsuit. This is an information only report.

VENUE:

4452 County Road F-41
Oscoda Township
Iosco County, Michigan
48750

INTERVIEW:

On the above date and time, Officer Heath spoke with 3 individuals in the interview room of the Police Department. They stated that they are currently in a lawsuit against their employer, Kallita Air over the vaccine mandate. They stated that since the beginning of the lawsuit they have been getting harassed by whom they believe to be employees or individuals contracted by Kallita Air. On this date, the female who is a spouse of an employee stated that she was yelled at by an individual in the parking lot of the Huntington Bank in Oscoda who stated that her husband needs to drop the lawsuit. The individual who was harassed was identified as Angela Marie Richardson, w/f, ▮/1978, and is the wife of Kallita Air employee, Clinton William Moore, w/m, ▮/1978. Richardson stated that this entire incident started around 1045 hours on this date. She said that she was in Family Fare shopping and a notice a well dressed male in his 50's, wearing a quilted flannel, jeans, glasses and had greyish hair following her around the store. Officer Heath asked her which aisles she noticed the man, as Officer Heath was aware that Family Fare camera system has specific camera angles for certain aisles. Richardson also stated that she was checking out in the self checkout lane and the male was standing right behind her.

Richardson stated that after Family Fare she went to Speedway. Richardson stated she pulled up to pump #2 and she did not exit her vehicle because she saw the male behind her. Officer Heath asked what kind of vehicle the male was in. She stated it was a red Ford Excursion newer model. She stated she was at Speedway for approx.. 5 minutes.

Richardson said that after Speedway she went to Huntington Bank to go to the ATM. She stated that before she went inside to the ATM the man in the red SUV pulled up behind her and blocked her in. She said he rolled down his window and asked if she was Clint's wife and she said "yeah" she stated that the man then replied "tell Joe and Clint to drop the fucking lawsuit" then he sped away. Richardson's husband then found a receipt from the ATM that had the transaction made at 1108 hours.

DISPOSITION:

Open, pending further investigation. Non-criminal information only.

ase Report
ge 3 of 3

Reporting Officer: HEATH, VON
Case No. 2263900815

Printed: December 21, 2022 -
10:38 AM