# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

| | |
|---|---|
| ROBERT W. ODELL, JR. et al | ) |
| | ) No.1:22-cv-12290-TLL-PTM |
| Plaintiffs, | ) |
| | ) Hon. Thomas L. Ludington |
| v. | ) |
| | ) Magistrate Patricia T. Morris |
| | ) |
| KALITTA AIR, LLC, AND | ) |
| CONRAD ("CONNIE") KALITTA, | ) |
| | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

Per the Court's Order of July 20, 2023 [ECF 49], the parties take this opportunity to provide a joint report regarding the status of the appeal currently pending before the U.S. Court of Appeals for the Sixth Circuit, Case No. 23-1703, as follows:

1. Oral argument was held before the U.S. Court of Appeals for the Sixth Circuit on March 21, 2024.

2. The matter was taken under advisement.

Date: April 19, 2024

| Counsel for Plaintiffs: | Counsel for Defendants: |
|---|---|
| /s/ John C. Sullivan | s/ Nicholas C. Bart |
| John C. Sullivan | Nicholas C. Bart |

| | |
|---|---|
| S\|L LAW PLLC<br>610 Uptown Boulevard, Suite 2000<br>Cedar Hill, TX 75104<br>Telephone: (469) 523-1351<br>Facsimile: (469) 613-0891<br>john.sullivan@the-sl-lawfirm.com<br><br>-and-<br><br>Allison R. Lucas MI State Bar No. P73331<br>Elizabeth A. Brehm<br>Walker Moller<br>SIRI \| GLIMSTAD<br>220 West Congress Street, 2nd Floor<br>Detroit, MI 48226<br>Telephone: (313) 251-9161<br>Facsimile: (646) 417-5967<br>alucas@sirillp.com<br>ebrehm@sirillp.com<br>wmoller@sirillp.com | nick.bart@fitzhunt.com<br>Mark S. Susina<br>mark.susina@fitzhunt.com<br>FITZPATRICK, HUNT & PAGANO, LLP<br>10 South LaSalle Street<br>Suite 3400<br>Chicago IL 60603<br>Tel: (312) 728-4900<br>Fax: (312) 728-4950<br><br>-and-<br><br>George W. Kelsey<br>gkelsey@kelseylaw.com<br>Karen L. Girard<br>kgirard@kelseylaw.com<br>KELSEY LAW GROUP, P.C.<br>49710 Tyler Road Extension<br>Willow Run Airport<br>Belleville, Michigan 48111<br>(734) 973-1222 |

## CERTIFICATE OF SERVICE

I, Nicholas C. Bart, certify that on April 19, 2024, I electronically filed the foregoing Joint Status Report with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

I certify under penalty of perjury that the foregoing is true and correct. DATED this 19th day of April 2024.

                                            s/ Nicholas C. Bart
Nicholas C. Bart
State Bar No. 6257719 (IL)
**FITZPATRICK, HUNT & PAGANO, LLP**
10 South LaSalle Street
Suite 3400
Chicago IL 60603
nick.bart@fitzhunt.com
Tel: (312) 728-4901
Fax: (312) 728-4950

George W. Kelsey
gkelsey@kelseylaw.com
Karen L. Girard
kgirard@kelseylaw.com
**KELSEY LAW GROUP, P.C.**
49710 Tyler Road Extension
Willow Run Airport
Belleville, Michigan 48111
(734) 973-1222

3