# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 20, 2024

Ms. Kinikia D. Essix
Eastern District of Michigan at Bay City
1000 Washington Avenue
Suite 219 Federal Building
Bay City, MI 48708-0000

                Re:  Case No. 23-1703, *Robert Odell, Jr., et al v. Kalitta Air, LLC, et al*
                    Originating Case No. 1:22-cv-12290

Dear Ms. Essix:

  Enclosed is a copy of the mandate filed in this case.

                                        Sincerely yours,

                                        s/Patricia J. Elder
                                        Senior Case Manager

cc:  Mr. Nicholas C. Bart
      Mr. Michael B. Buschbacher
      Mr. George W. Kelsey
      Mr. Walker D. Moller
      Mr. David Austin Robert Nimocks
      Mr. John Clay Sullivan
      Mr. David H. Thompson

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 23-1703

_____

Filed: August 20, 2024

ROBERT W. ODELL, JR.; GREGORY MICHAEL PINGOT; KATIE ANN KOTULA; CONNIE JOYCE JONES; PATRICIA LYNN VERLANDER; KEVIN WEBBER; AUSTIN ROBERT ISAAC HUDNUTT; CHRISTIAN TOUGAS; CHARLES CHRISTIAN GALTON; TRAVIS WAYNE ROBERTSON; KEVIN MCALLISTER

     Plaintiffs - Appellants

v.

KALITTA AIR, LLC; CONRAD KALITTA, In Only His Official Capacity

     Defendants - Appellees

-------------------------------

FIRST LIBERTY INSTITUTE; AIRLINE EMPLOYEES 4 HEALTH FREEDOM

## MANDATE

   Pursuant to the court's disposition that was filed 07/09/2024 the mandate for this case hereby issues today.

COSTS: None